**SHA-1 Hash:** BE309EAAEA62390FF5E35F4B018E7D1C89C51A30     **Title:** X-Art Siterip #14
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.7.169.107 | 2/15/2012 20:07 | Davis | CA | Comcast Cable | BitTorrent |
| 2 | 76.105.2.225 | 3/18/2012 8:25 | Rancho Cordova | CA | Comcast Cable | BitTorrent |
| 3 | 76.125.60.101 | 4/19/2012 17:36 | Lodi | CA | Comcast Cable | BitTorrent |
| 4 | 98.238.238.51 | 2/26/2012 11:17 | Sacramento | CA | Comcast Cable | BitTorrent |
| 5 | 98.244.51.222 | 5/1/2012 13:00 | Sacramento | CA | Comcast Cable | BitTorrent |
| 6 | 173.85.192.45 | 4/29/2012 21:38 | Sacramento | CA | Frontier Communications | BitTorrent |
| 7 | 173.85.203.249 | 4/19/2012 13:30 | Elk Grove | CA | Frontier Communications | BitTorrent |
| 8 | 74.46.253.73 | 4/25/2012 13:42 | Elk Grove | CA | Frontier Communications | BitTorrent |
| 9 | 99.0.1.254 | 2/26/2012 12:03 | Folsom | CA | SBC Internet Services | BitTorrent |
| 10 | 99.43.113.87 | 2/22/2012 1:18 | Lodi | CA | SBC Internet Services | BitTorrent |
| 11 | 76.14.122.174 | 4/17/2012 19:18 | Auburn | CA | Wave Broadband | BitTorrent |
| 12 | 76.14.123.39 | 3/8/2012 12:02 | Auburn | CA | Wave Broadband | BitTorrent |