IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC, a California corporation,

    Plaintiff,

vs.

JOHN DOES 1 through 12,

    Defendants.

No. 2:12-cv-1261 JAM DAD

<u>ORDER</u>

This matter came before the court on November 30, 2012, for hearing of a motion to quash filed by John Doe 1. (Doc. No. 10). Leemore Kushner, Esq. appeared telephonically for plaintiff. John Doe 1 appeared telephonically on his own behalf.

For the reasons stated on the record, IT IS ORDERED THAT:

1. The September 4, 2012 motion to quash, as well as the request for a protective order contained therein, filed by John Doe 1 (Doc. No. 10) is denied; and

/////

/////

/////

/////

1

2. Comcast Cable Communications shall comply with plaintiff's Rule 45 subpoena issued pursuant to the Court's July 11, 2012 order within ten days from the date of service of this order on Comcast Cable Communications.

DATED: November 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD:6
Ddad1/orders.civil/malibumedia1261.oah.113012